IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS HARDIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-06-727-T |
| ) | |
| JUSTIN JONES, ) | |
| ) | |
| Respondent. ) | |

## **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Bana Roberts pursuant to 28 U.S.C. § 636(b)(1)(b) on July 31, 2006. Judge Roberts recommends that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus be transferred to the United States District Court for the Eastern District of Oklahoma pursuant to 28 U.S.C. § 2241(d).

The record reflects Petitioner has neither filed a timely objection to the Report nor requested additional time to object. The Court finds Petitioner has waived further review of the transfer issue and, therefore, adopts the Report and Recommendation [Doc. 9] in its entirety.

This action is transferred to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 12th day of September, 2006.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE